UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>FRASER MILNER CASGRAIN, LLP,<br><br>                      Defendant. | NO: CV-12-486-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 12-80035-PCW11<br><br>**ORDER DISMISSING WITH PREJUDICE** |

BEFORE the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 5. Having reviewed said notice and relevant filings, the Court finds good cause to approve dismissal. Accordingly,

**IT IS HEREBY ORDERED:**

ORDER DISMISSING WITH PREJUDICE ~ 1

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 5**, is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and close this case.

**DATED** this 5th day of February 2013.

             *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER DISMISSING WITH PREJUDICE ~ 2